IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| KAREN PALUMBO | * | |
| Plaintiff | | |
| | * | |
| vs. | | Civil No.: AMD-00-2498 |
| | * | |
| AMERICAN HOME PRODUCTS CORP. | * | |
| Defendant | | |
| | ****** | |

ORDER

A conditional transfer order having been issued by the Judicial Panel on Multidistrict Litigation, it is this 20th day of November, 2000,

ORDERED that this action be administratively closed subject to being reopened in the event that any party files an objection with the MDL Panel in accordance with the Panel's Rule 12.

ANDRE M. DAVIS
United States District Judge

U.S. District Court (Rev. 12/1999) - Administrative Case Closing

# JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

| CHAIRMAN: | MEMBERS: | | DIRECT REPLY TO: |
|---|---|---|---|
| Judge John F. Nangle<br>United States District Court<br>Southern District of Georgia | Judge Louis C. Bechtle<br>United States District Court<br>Eastern District of Pennsylvania | Judge Morey L. Sear<br>United States District Court<br>Eastern District of Louisiana | Michael J. Beck<br>Clerk of the Panel<br>One Columbus Circle, NE<br>Thurgood Marshall Federal<br>Judiciary Building<br>Room G-255, North Lobby<br>Washington, D.C. 20002<br><br>Telephone: [202] 502-2800<br>Fax: [202] 502-2888 |
| | Judge John F. Keenan<br>United States District Court<br>Southern District of New York | Judge Bruce M. Selya<br>United States Court of Appeals<br>First Circuit | |
| | Judge Wm. Terrell Hodges<br>United States District Court<br>Middle District of Florida | Judge Julia Smith Gibbons<br>United States District Court<br>Western District of Tennessee | |

November 14, 2000



Michael E. Kunz, Clerk
2609 James A. Byrne U.S. Courthouse
601 Market Street
Philadelphia, PA 19106

Re: MDL-1203 -- In re Diet Drugs (Phentermine/Fenfluramine/Dexfenfluramine) Products Liability Litigation

(See Attached Schedule CTO-65)

Dear Mr. Kunz:

    I am enclosing a certified copy and additional copies of a conditional transfer order filed by the Panel in the actions listed on the attached schedule on <u>October 26, 2000</u>. The Panel's governing statute, 28 U.S.C. §1407, requires that the transferee clerk "...transmit a certified copy of the Panel's order to transfer to the clerk of the district court from which the action is being transferred." As stipulated in Rule 7.4(c) of the <u>Rules of Procedure of the Judicial Panel on Multidistrict Litigation,</u> 192 F.R.D. 459, 469, execution of the order has been stayed 15 days to give any party an opportunity to oppose the transfer if they wish to do so. The 15-day period has now elapsed, no opposition was received, and the orders are directed to you for filing.

    Transferor courts are reminded that Rule 1.6(a), remains suspended in accordance with the order filed on December 10, 1997 (1997 WL 774-929), as amended on January 6, 1998, cited at 990 F.Supp. 834 (J.P.M.L. 1998). Also, Judge Louis C. Bechtle's Pretrial Order No. #2 filed on January 9, 1998, provides that "...the clerk of the transferor court shall retain the entire original file and forward to the clerk of the transferee district court only a certified copy of both the docket sheet and the complaints together with amendments, if any."

    A list of involved counsel is attached.

Very truly,

Michael J. Beck
Clerk of the Panel

By_____
                Deputy Clerk

Enclosures/Attachments

cc:    Transferee Judge: Hon. Louis C. Bechtle
        Transferor Judges: (See Attached List)
        Transferor Clerks: (See Attached List)

JPML Form 38B

```
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION
       FILED

   October 26, 2000

   MICHAEL J. BECK
  CLERK OF THE PANEL
```

## DOCKET NO. 1203

### BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

### IN RE DIET DRUGS (PHENTERMINE/FENFLURAMINE/DEXFENFLURAMINE) PRODUCTS LIABILITY LITIGATION

### (SEE ATTACHED SCHEDULE)

### CONDITIONAL TRANSFER ORDER (CTO-65)

On December 10, 1997, the Panel transferred nine civil actions to the United States District Court for the Eastern District of Pennsylvania for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. §1407. Since that time, more than 2,560 additional actions have been transferred to the Eastern District of Pennsylvania. With the consent of that court, all such actions have been assigned to the Honorable Louis C. Bechtle.

It appears that the actions listed on the attached schedule involve questions of fact which are common to the actions previously transferred to the Eastern District of Pennsylvania and assigned to Judge Bechtle.

Pursuant to Rule 7.4 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 192 F.R.D. 459, 468-69 (2000) the actions on the attached schedule are hereby transferred under 28 U.S.C. §1407 to the Eastern District of Pennsylvania for the reasons stated in the order of December 10, 1997 (1997 WL 774-929), as amended on January 6, 1998, cited at 990 F. Supp. 834 (J.P.M.L. 1998), and, with the consent of that court, assigned to the Honorable Louis C. Bechtle.

This order does not become effective until it is filed in the office of the Clerk of the United States District Court for the Eastern District of Pennsylvania. The transmittal of this order to said Clerk shall be stayed fifteen (15) days from the entry thereof and if any party files a notice of opposition with the Clerk of the Panel within this fifteen (15) day period, the stay will be continued until further order of the Panel.

```
Inasmuch as no objection is
pending at this time, the
stay is lifted.

      NOV 1 4 2000

   CLERK'S OFFICE
  JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION
```

FOR THE PANEL:

*Michael J. Beck*
Michael J. Beck
Clerk of the Panel

# SCHEDULE CTO-65 -- TAG ALONG CASES
# DOCKET NO. 1203
# IN RE DIET DRUGS (PHENTERMINE/FENFLURAMINE/DEXFENFLURAMINE)
# PRODUCTS LIABILITY LITIGATION

District Div Civil Action #

ALABAMA MIDDLE
~~ALM      2  00-1264           Austin v. American Home Products Corp., et al.~~ opposed 11/3/00
~~ALM      3  00-1263           Moorer v. American Home Products Corp., et al.~~ opposed 11/3/00

ALABAMA NORTHERN
~~ALN      4  00-2376           Clark v. American Home Products Corp., et al.~~ vacated 11/2/00

ARKANSAS EASTERN
   ARE    3  00-355            Cross v. Wyeth-Ayerst Laboratories, et al.

ARIZONA
   AZ     2  00-1816           Parra v. Wyeth-Ayerst Laboratories Co., et al.

DISTRICT OF COLUMBIA
~~DC       1  00-1772           Hastie v. American Home Products Corp., et al.~~ opposed 11/14/00
   DC     1  00-2158           Harris v. William J. Dixon, M.D., et al.

FLORIDA SOUTHERN
   FLS    1  00-3585           Williams v. American Home Products Corp., et al.

IOWA SOUTHERN
   IAS    3  00-90177          Black v. Gate Pharmaceuticals, et al.

ILLINOIS NORTHERN
   ILN    1  00-5258           Fontana, et al. v. American Home Products Corp., et al.

KENTUCKY EASTERN
   KYE    2  00-131            Cornell v. American Home Products Corp., et al.

LOUISIANA EASTERN
   LAE    2  00-2814           Fulghum, et al. v. Gate Pharmaceuticals, et al.

MARYLAND
   MD     1  00-2498           Palumbo v. American Home Products Corp.

NORTH CAROLINA EASTERN
   NCE    2  00-42             Myers v. American Home Products Corp., et al.
   NCE    2  00-43             Bolinsky, et al. v. American Home Products Corp., et al.
   NCE    4  00-94             Foreman, et al. v. American Home Products Corp., et al.
   NCE    4  00-95             May, et al. v. American Home Products Corp., et al.
   NCE    4  00-96             Whitaker v. American Home Products Corp., et al.
   NCE    4  00-104            Tregoning, et al. v. American Home Products Corp., et al.
   NCE    4  00-107            Gurganus, et al. v. American Home Products Corp., et al.
   NCE    4  00-108            Sutton, et al. v. American Home Products Corp., et al.
   NCE    5  00-480            Tripp v. American Home Products Corp., et al.
   NCE    5  00-481            Parker, et al. v. American Home Products Corp., et al.
   NCE    5  00-650            High, et al. v. American Home Products Corp., et al.
   NCE    7  00-125            Soles, et al. v. American Home Products Corp., et al.
   NCE    7  00-126            Oxendine v. American Home Products Corp., et al.
   NCE    7  00-140            Whitley, et al. v. American Home Products Corp., et al.
   NCE    7  00-141            Simmons v. American Home Products Corp., et al.
   NCE    7  00-142            Mallon, et al. v. American Home Products Corp., et al.
   NCE    7  00-175            Deming, et al. v. American Home Products Corp., et al.

NORTH CAROLINA MIDDLE
   NCM    1  00-1002           Reynolds, et al. v. Wyeth-Ayerst Laboratories, et al.

NORTH CAROLINA WESTERN
   NCW    2  00-148            Smith, et al. v. American Home Products Corp., et al.
   NCW    2  00-149            Malave, et al. v. American Home Products Corp., et al.
   NCW    5  00-107            Sherrill v. American Home Products Corp., et al.

# INVOLVED COUNSEL FOR SCHEDULE CTO-65
## DOCKET NO. 1203
## IN RE DIET DRUGS (PHENTERMINE/FENFLURAMINE/DEXFENFLURAMINE) PRODUCTS LIABILITY LITIGATION

Rebecca Adelman
Glassman, Jeter, Edwards & Wade, P.C.
26 North Second Street
Memphis, TN 38103

Megan M. Antenucci
Whitfield & Eddy, PLC
317 Sixth Avenue, Suite 1200
Des Moines, IA 50309

John T. Barrett
Thornton, Early & Naumes, LLP
100 Summer Street, 30th Floor
Boston, MA 02110

Ace J. Blackburn, Jr.
Cooney, Mattson, Lance, et al.
2312 Wilton Drive
P.O. Box 14546
Fort Lauderdale, FL 33302

William Samuel Britt
Britt & Britt, PLLC
411 N. Elm Street
Lumberton, NC 28358

Lily A. Camet
Skadden, Arps, Slate, Meagher & Flom
1440 New York Avenue, N.W.
Washington, DC 20005

M. Lee Cheney
Womble, Carlyle, Sandridge & Rice
P.O. Drawer 84
Winston-Salem, NC 27102

Stanley M. Chesley
Waite, Schneider, Bayless & Chesley
Central Trust Tower
Fourth & Vine Streets
Suite 1513
Cincinnati, OH 45202

Tyrus V. Dahl, Jr.
Womble, Carlyle, Sandridge & Rice
P.O. Drawer 84
Winston-Salem, NC 27102

William C. Davidson
Lane & Waterman
220 North Main Street, Suite 600
Davenport, IA 52801

Glenn E. Diaz
Law Offices Of Glenn E. Diaz
2200 Jackson Blvd.
Chalmette, LA 70043

William J. Dixon, M.D.
158 Stuart Point Road
Seabrook, SC 29940

J. David Duffus, Jr.
Duffus & Associates
3001 Stantonsburg Road
P.O. Drawer 5026
Greenville, NC 27835

William F. Fanter
Bradshaw, Fowler, Proctor, et al.
801 Grand Avenue
Principal Tower, Suite 3700
Des Moines, IA 50309

Daniel W. Fouts
Adams, Kleemeier, Hagan, et al.
P.O. Box 3463
Greensboro, NC 27402

Terry C. Gay
Christovich & Kearney, L.L.P.
Pan American Life Center, Suite 2300
601 Poydras Street
New Orleans, LA 70130

Vance A. Gibbs
Kean, Miller, Hawthorne, et al.
One American Place, 22nd Floor
P.O. Box 3513
Baton Rouge, LA 70821

Gregg Matthew Goldfarb
19 W. Flagler Street, Suite 703
Maimi, FL 33130

William D. Grubbs
Woodward, Hobson & Fulton, LLP
2500 National City Tower
101 South Fifth Street
Louisville, KY 40202

Nina M. Gussack
Pepper, Hamilton, LLP
18th & Arch Streets
3000 Two Logan Square
Philadelphia, PA 19103

Jack B. Harrison
Frost & Jacobs, LLP
2500 PNC Center
201 E. Fifth Street
P.O. Box 5715
Cincinnati, OH 45201

James B. Irwin, V
Irwin, Fritchie, Urquhart & Moore, LLC
400 Poydras Street, Suite 2700
New Orleans, LA 70130

Darryl Woodrow Jackson
Arnold & Porter
555 Twelfth Street, N.W.
Washington, DC 20004

Thomas J. Knight
Hubbard & Knight
P.O. Drawer 1850
Anniston, AL 36201

Beth J. Laddaga
Ness, Motley, Loadholt, Richardson, et al.
28 Bridgeside Blvd.
P.O. Box 1792
Mt. Pleasant, SC 29464

James R. Lanzo
4126 Youngstown-Poland Road
Youngstown, OH 44514

INVOLVED COUNSEL FOR SCHEDULE CTO-65 (Cont.) MDL NO. 1203                                                    P.3

David E. Vtipil
Duffus, Younce, Melvin & Vtipil
4300 Six Forks Road, Suite 800
Raleigh, NC 27609

Jeanne E. Walker
Wildman, Harrold, Allen & Dixon
225 West Wacker Drive, Suite 2800
Chicago, IL 60606

Edward S. Weltman
Schneck, Weltman & Hashmall, LLP
1285 Avenue of the Americas
New York, NY 10019

James Eugene Williams
Melton, Espy, Williams & Hayes P.C.
P.O. Drawer 5130
Montgomery, AL 36103

Henri Wolbrette, III
McGlinchey Stafford, PLLC
643 Magazine Street
New Orleans, LA 70130

Martin Briner Woods
Stearns, Weaver, Miller, Weissler, et al.
200 East Broward Blvd., Suite 1900
Ft. Lauderdale, FL 33301

Barbara Wrubel
Skadden, Arps, Slate, Meagher & Flom
Four Times Square
New York, NY 10036

Sortirios B. Yanakakis
Ashcraft & Gerel
2000 L Street, N.W., Suite 400
Washington, DC 20036

Thomas F. Yost
The Yost Legal Group
341 North Calvert Street, Suite 100
Baltimore, MD 21202

## INVOLVED CLERKS FOR SCHEDULE CTO-65
## DOCKET NO. 1203
## IN RE DIET DRUGS (PHENTERMINE/FENFLURAMINE/DEXFENFLURAMINE)
## PRODUCTS LIABILITY LITIGATION

Clarence Maddox
Federal Courthouse Square
301 North Miami Avenue
Miami, FL  33128

David W. Daniel
U.S. District Court
P.O. Box 25670
Raleigh, NC  27611

Debra P. Hackett
U.S. District Court
P.O. Box 711
Montgomery, AL  36101

Felicia C. Cannon
Edward A. Garmatz Federal
Building & U.S. Courthouse
101 W. Lombard Street
Baltimore, MD  21201

Frank G. Johns
P.O. Box 466
Statesville, NC  28687

Frank G. Johns
309 U.S. Courthouse
Veach-Baley Federal Complex
100 Otis Street
Asheville, NC  28801

Geri M. Smith
337 Thomas D. Lambros Federal
Building & U.S. Courthouse
125 Market Street
Youngstown, OH  44503

J.P. Creekmore
P.O. Box 2708
Greensboro, NC  27402

James R. Rosenbaum
P.O. Box 256
Davenport, IA  52805

James R. Starr
110 Warren B. Rudman U.S. Courthouse
55 Pleasant Street
Concord, NH  03301

James W. McCormack
312 Federal Building
615 South Main Street
Jonesboro, AR  72401

Larry W. Propes
P.O. Box 10768
Greenville, SC  29603

Leslie G. Whitmer
P.O. Box 1073
Covington, KY  41012

Loretta G. Whyte
C-151 U.S. Courthouse
500 Camp Street
New Orleans, LA  70130

Michael W. Dobbins
Everett McKinley Dirksen
U.S. Courthouse
219 South Dearborn Street
Chicago, IL  60604

Nancy Mayer-Whittington
1834 E. Barrett Prettyman U.S. Courthouse
333 Constitution Avenue, N.W.
Washington, DC  20001

Norman H. Meyer, Jr.
Albert V. Bryan U.S. Courthouse
401 Courthouse Square
Alexandria, VA  22314

Perry D. Mathis
140 Hugo L. Black U.S. Courthouse
1729 5th Avenue North
Birmingham, AL  35203

Richard H. Weare
1400 U.S. Courthouse
230 North First Ave.
Phoenix, AZ  85025